**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| **LaDONNA YOUNG,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 2:21-cv-02226-JTF-cgc** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **SOUTHWEST TENNESSEE COMMUNITY COLLEGE,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## JOINT NOTICE OF SETTLEMENT

The attorneys of record for Plaintiff LaDonna Young and Defendant Southwest Tennessee Community College hereby give notice to the Court that the parties have reached a settlement subject to preparation of mutually agreeable settlement documentation and the approval of the Tennessee Attorney General and Reporter, Comptroller of the Treasury, and Governor pursuant to Tenn. Code Ann. § 20-13-103.  The parties will file a joint stipulation for dismissal with prejudice in the near future.

Dated:  May 9, 2022

Respectfully submitted,

**HERBERT H. SLATERY III
Attorney General and Reporter**

s/ David M. Rudolph
David M. Rudolph, BPR #13402
Senior Assistant Attorney General
Office of the Tennessee Attorney General
One Commerce Square
40 South Main Street, Suite 1014
Memphis, Tennessee 38103
Telephone: 901-543-4162

david.rudolph@ag.tn.gov
*Counsel for Defendant Southwest Tennessee Community College*

<u>s/ Jarrett M.D. Spence</u> (By DMR By Permission 5/7/22)
Jarrett M.D. Spence, BPR #034577
Spence Partners
Cotton Exchange Building
65 Union Avenue, Suite 900
Memphis, Tennessee 38103
Telephone: 901-312-9160
jspence@spencepartnerslaw.com
*Counsel for Plaintiff LaDonna Young*