# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| LaDONNA YOUNG, | ) |
| | ) |
| Plaintiff, | )   Case No. 2:21-cv-02226-JTF-cgc |
| | ) |
| v. | ) |
| | ) |
| SOUTHWEST TENNESSEE COMMUNITY COLLEGE, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

The parties hereby stipulate and agree, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that their differences are fully resolved and that the above-captioned case may be and it is the parties' intent and agreement that it be dismissed with prejudice. Plaintiffs and Defendant shall each bear their own costs, expenses, and attorneys' fees.

Dated: July 5, 2022

Respectfully submitted,

**HERBERT H. SLATERY III**
**Attorney General and Reporter**

s/ David M. Rudolph
David M. Rudolph, BPR #13402
Senior Assistant Attorney General
Office of the Tennessee Attorney General
One Commerce Square
40 South Main Street, Suite 1014
Memphis, Tennessee 38103
Telephone: 901-543-4162
david.rudolph@ag.tn.gov
*Counsel for Defendant Southwest Tennessee Community College*

                                                               <u>s/ Jarrett M.D. Spence</u> (By DMR By Permission 7/05/2022)
                                                               Jarrett M.D. Spence, BPR #034577
                                                               Spence Partners
                                                               Cotton Exchange Building
                                                               65 Union Avenue, Suite 900
                                                               Memphis, Tennessee 38103
                                                               Telephone: 901-312-9160
                                                               [jspence@spencepartnerslaw.com](mailto:jspence@spencepartnerslaw.com)
                                                               *Counsel for Plaintiff LaDonna Young*