# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| LADONNA YOUNG, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:21-cv-02226-JTF-cgc |
| SOUTHWEST TENNESSEE COMMUNITY COLLEGE, | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

Before the Court is the Parties Stipulation of Dismissal, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), filed on July 5, 2022. (ECF No. 52.) The Court, being duly advised, finds that this action is **DISMISSED** with prejudice. Each party shall itself bear all costs and attorney fees.

**IT IS SO ORDERED** this 7th day of July 2022.

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
United States District Judge