**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | |
|---|---|
| **LADONNA YOUNG,** | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:21-cv-02226-JTF-cgc |
| | ) |
| **SOUTHWEST TENNESSEE** | ) |
| **COMMUNITY COLLEGE,** | ) |
| | ) |
| Defendant. | |

## JUDGMENT

**DECISION BY COURT**.  This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice in accordance with the Order of Dismissal, filed on July 7, 2022.  (ECF No. 53.)

## APPROVED:

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
UNITED STATES DISTRICT JUDGE

THOMAS M. GOULD
CLERK

July 7, 2022
DATE

s/LaFonda Willis
(BY) LAW CLERK